UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-962(JMR/FLN)

Public Radio International,
a Minnesota Non-profit corporation,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

University of Southern California,
a California Non-profit corporation,

Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: April 14, 2000

James M. Rosenbaum, Judge
by David S. Doty, Judge
U.S. District Court

APR 14 2000
FILED ______
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Case reassigned to Judge Richard H. Kyle and Magistrate Judge John M. Mason