UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PUBLIC RADIO INTERNATIONAL, a Minnesota Non-profit Corporation,

Plaintiff,

v.

UNIVERSITY OF SOUTHERN CALIFORNIA, a California Non-profit Corporation,

Defendant.

Case No. 00-962-RHK/JMM

**STIPULATION AND ORDER**

It is hereby stipulated and agreed, by and between the parties to the above-captioned action, through their respective undersigned counsel, as follows:

1. The above-captioned action (including all proceedings therein) is stayed pending further Order of the Court.

2. The parties forthwith shall engage in settlement discussions, and will inform the Court of the outcome of their discussions within 20 days.

3. This Stipulation shall not prejudice any argument or claim that either party may have in this action or in the mediation/arbitration demanded by defendant in Los Angeles, California.

4. The parties shall not use this stay as part of any argument or claim in this action or in the mediation/arbitration demanded by defendant in Los Angeles, California.

FILED MAY 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5/2/00, 2000

TILTON & ROSENBAUM, P.L.L.P.

Ron Rosenbaum, #163478
2220 Firstar Center
101 East Fifth Street
St. Paul, MN 55101
Telephone: (651) 224-7687
Facsimile: (651) 224-0239

Attorneys for Plaintiff Public Radio International

Dated: May 2, 2000

FAEGRE & BENSON LLP

James L. Volling, #113128
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 336-3000
Facsimile: (612) 336-3026

Attorneys for Defendant University of Southern California

* * *

Upon the foregoing Stipulation,

IT IS SO ORDERED.

5/2/00

The Honorable Richard H. Kyle
United States District Judge

M2:20309691.01